# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CENTEX HOMES, et al.,** <br><br> **Defendants.** | **1:14-cv-1121-LJO-MJS** <br><br> **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 8)** |

On August 28, 2014, Plaintiff St. Paul Fire and Marine Insurance Company ("Plaintiff") filed a notice of voluntary dismissal of its complaint under Fed. R. Civ. P. 41(a).[1] Doc. 8 at 1. Plaintiff requests that the Court issue an order dismissing its entire complaint without prejudice as to all Defendants.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **September 15, 2014**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's notice of voluntary dismissal will be construed to be brought under Fed. R. Civ. P. 41(a)(1)(A)(i).

1